The Mayor, Aldermen and Commonalty of the City of New York, Respondent, *v.* Mary A. Kent et al., Appellants.

(Argued June 8, 1891; decided June 23, 1891.)

Appeal from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made April 4, 1891, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Benjamin Yates* for appellants.

*David J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.